**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| ALLIED DEBT COLLECTION OF VIRGINIA, LLC, a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GOATS ONLY, LLC, a Wyoming Limited Liability Company,<br><br>Defendant. | ) | Case No. ___________________ |

# COMPLAINT

Plaintiff Allied Debt Collection of Virginia, LLC ("Allied"), by and through its undersigned counsel, files this Complaint against the defendant Goats Only, LLC ("Goats"), averring the following:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff Allied Debt Collection of Virginia, LLC, is a Virginia limited liability company ("Allied") with its registered agent Resident Agents located at 8401 Mayland Drive, Suite S; Henrico, VA 23294.
2. Allied is the assignee of any and all claims of AMPAT Productions, LLC ("AMPAT") owns and possess against the Defendant Goats Only, LLC.
3. Defendant Goats Only, LLC ("Goats"), is a Wyoming limited liability company with its principal place of business located at 1309 Coffeen Avenue, Suite 1200; Sheridan, WY 82801. Goats' registered agent is Cloud Peak, LLC located at 1095 Sugar View Drive, Suite 500; Sheridan, WY 82801.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as it arises between citizens of different states. The amount in controversy in this action, exclusive of interest and costs, exceeds the sum of $75,000.

5. Venue of this matter is proper before this Court pursuant to 28 U.S.C. §§ 139l(b)(l) as defendant Goats Only, LLC is a Wyoming limited liability with its principal place of business located at 1309 Coffeen Avenue, Suite 1200; Sheridan, WY 82801. Goats' registered agent is Cloud Peak, LLC located at 1095 Sugar View Drive, Suite 500; Sheridan, WY 82801.

**6. FACTS**

7. On or about August 2, 2023 AMPAT Productions, LLC and Goats Only, LLC entered into a Sponsorship and Production Agreement ("the Agreement") (Exhibit 1).

8. The Agreement is a valid and enforceable contract supported by adequate consideration.

9. As expressed in the WHEREAS clause of the Agreement, AMPAT, as a representative of the Tunnel to Towers Foundation ("T2T"), agreed "to pay Goats to facilitate the filming and production of broadcast quality television content with actor Cole Hauser and guests, with filming to take place on location "at the ranch of Russell Gordy, of Springdale, MT on the following dates: August 18,19 and 25, 26, 2023" subject to the terms of the Agreement.

10. Paragraph 1 of the Agreement titled "Services" required Goats and Cole Hauser Productions ("CHP"), in consultation with AMPAT, "to provide a mutually approved, professional film and sound crew to film content on August 18, 19 and 25, 26. By Friday, September 29, 2023 GOATS and CHP will provide at least four hours of artist/actor

approved, professionally filmed footage suitable for use in T2T PSAs, and one of the following T2T broadcasts: Fall/Christmas Special or 2024 Telethon".

11. Goats materially breached Paragraph 1 insofar as they failed to provide at least four hours of professionally filmed footage suitable for use in T2T PSAs, and one of the following T2T broadcasts: Fall/Christmas Special or 2024 Telethon.

12. Paragraph 2 of the Contract stated AMPAT "will coordinate and oversee production, and act as an experienced intermediary on behalf of T2T. AMPAT, along with CHP and GOATS, will act as Executive Producers. AMPAT will act as director on site. GOATS and CHP will provide artist release forms from any actors or others appearing in the final content."

13. Goats materially breached Paragraph 2 of the Contract insofar as Goats failed to allow AMPAT to coordinate and oversee production, act as a Director, and failed to provide the required artist release forms.

14. Section 3 of the Contract required Goats "to help procure, in addition to Cole Hauser, at least three notable personalities in the footage provided to AMPAT Productions and T2T. AMPAT and T2T shall own the provided footage and be able to use it for the uses listed in Section One for at least one year beyond the first broadcast of the footage".

15. Goats materially breached Paragraph 3 of the Contract insofar as Goats never provided release forms for the three specified "notable personalities", nor provided four hours of broadcast quality footage, as directed by AMPAT, for use by AMPAT and T2T.

16. AMPAT made all of the payments to Goats as required under Paragraph 6 of the Contract.

17. On or about September 14, 2023, AMPAT provided written notice of the breach as alleged above. Goats ignored the demand for payment.

**COUNT I: BREACH OF CONTRACT**

18. Allied hereby incorporates by reference the allegations set forth in the foregoing paragraphs of this Complaint as if fully restated herein.

19. On or about August 2, 2023 AMPAT Productions, LLC and Goats Only, LLC entered into a valid, and enforceable contract supported by adequate consideration that being a Sponsorship and Production Agreement.

20. Defendant Goats has breached that Agreement as alleged above and Plaintiff Allied has suffered damages as a result of that breach.

21. Pursuant to the Agreement, Allied as Assignee of the claims of AMPAT is entitled to recover all of the amounts AMPAT paid to Goats under Paragraph 6 of the Agreement, as Goats materially breached the Agreement; and is further entitled to recover all other direct, consequential and incidental damages proximately caused by Goats' material breach of contract, which will be shown at trial, and exceeds $75,000.

**COUNT II: BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

22. Allied hereby incorporates by reference the allegations set forth in the foregoing paragraphs of this Complaint as if fully restated herein.

23. Under Wyoming law, every commercial contract contains an implied covenant of good faith and fair dealing. Under the covenant, no party may commit an act that would injure the right of the other party to receive the benefit of the agreement.

24. To comply with the implied covenant, each party must perform the contract in good faith and consistent with the agreed common purpose and justified expectations of the other party.

25. Allied's assignor AMPAT reasonably expected that the Agreement would result in Goats providing a mutually approved, professional film and sound crew to film content on August 18, 19 and 25, 26.

26. Further, Allied's assignor AMPAT reasonably expected that by Friday, September 29, 2023 GOATS and CHP would provide at least four hours of artist/actor approved, professionally filmed footage suitable for use in T2T PSAs, and one of the following T2T broadcasts: Fall/Christmas Special or 2024 Telethon.

27. Further, Allied's assignor AMPAT reasonably expected it would be allowed to coordinate and oversee production, act as a Director, and receive the required artist release forms, none of which occurred.

28. Further, Goats never provided release forms for the three specified "notable personalities", nor provided four hours of broadcast quality footage, as directed by AMPAT, for use by AMPAT and T2T.

29. Goats acted and/or failed to act in a matter that was calculated to injure the rights of AMPAT under the Agreement and that interfered with AMPAT receiving the full benefit of the Agreement.

30. Goats action and/or inaction caused and continues to cause injury to AMPAT's assignee Allied.

31. Allied suffered damages as a result of Goat's breach of the covenant of good faith and fair dealing and is entitled to recover damages in an amount to be proven at trial.

## DEMAND FOR JUDGMENT

**WHEREFORE**, Plaintiff Debt Collection of Virginia, LLC respectfully requests that the Court enter Judgment in its favor and against Goats Only, LLC as follows:

a. Actual damages in an amount to be proven at trial;

b. Pre- and post-judgment interest;

c. Reasonable attorney's fees and costs;

d. Such other relief the Court deems just and proper.

**DATED** this 6th day of March, 2025.

/s/ Jason M. Tangeman
Jason M. Tangeman, WSB 6-3082
NICHOLAS & TANGEMAN, LLC
170 North Fifth Street, P. O. Box 928
Laramie, WY 82073-0928
Phone: (307) 742-7140
Fax: (307) 742-7160
jtangeman@wyolegal.com
Attorneys for Plaintiff
Allied Debt Collection of Virginia, LLC