DocuSign Envelope ID: 368327BB-F48F-4559-83CB-7B0F7D67A553

EXHIBIT
1

## Sponsorship and Production Agreement

This Agreement (the "Agreement") is made and entered into on this day of August 2, 2023 between **AMPAT Productions LLC,** (AMPAT), and **GOATS ONLY LLC** (GOATS).

**ACKNOWLEDGEMENTS**

**WHEREAS,** AMPAT, as a representative of the Tunnel to Towers Foundation (T2T), to pay GOATS to facilitate the filming and production of broadcast quality television content with actor Cole Hauser and guests. Filming will be on location at the ranch of Russell Gordy, of Springdale, MT on the following dates: August 18,19 and 25, 26, 2023.

**NOW, THEREFORE,** for and in consideration of the mutual covenants contained herein and for other good and valuable consideration, the receipt of which is hereby acknowledged, AMPATand the GOATS do hereby agree as follows:

**1. Services:** GOATS and Cole Hauser Productions (CHP), in consultation with AMPAT, will provide a mutually approved, professional film and sound crew to film content on August 18, 19 and 25, 26. By Friday, September 29, 2023 GOATS and CHP will provide at least four hours of artist/actor approved, professionally filmed footage suitable for use in T2T PSAs, and one of the following T2T broadcasts*: Fall/Christmas Special or 2024 Telethon*.

**2.** AMPAT will coordinate and oversee production, and act as an experienced intermediary on behalf of T2T. AMPAT, along with CHP and GOATS, will act as Executive Producers. AMPAT will act as director on site. GOATS and CHP will provide artist release forms from any actors or others appearing in the final content.

**3.** GOATS agrees to help procure, in addition to Cole Hauser, at least three notable personalities in the footage provided to AMPAT Productions and T2T. AMPAT and T2T shall own the provided footage and be able to use it for the uses listed in Section One for at least one year beyond the first broadcast of the footage.

**4.** GOATS shall provide one Coachman RV/Camper for AMPAT to use from August 17-September 2, 2023.

**5.** GOATS shall provide guest meals to T2T guests as mutually agreed upon during each weekend including Frank Siller, Matt Mahoney and family and T2T recipient families and guests. Additionally, GOATS shall provide meals to staff including any film and sound production crew. Names and counts to be provided to GOATS.



DS RJ DS

T2T to have one recipient family attend the Bourbon and Bonfire per weekend. T2T and AMPAT will cover all lodging costs.

**6. Term of Agreement:** As consideration for the services provided by GOATS ONLY, AMPAT shall pay as follows:

$200,000 payment to GOATS ONLY due August 3, 2023.

$45,000 payment to Montana Pro-Audio for all A/V for 8/16-9/2, 2023

$30,000 payment to Drake Milligan for 9/2 performance

$57,500,000 final payment to GOATS ONLY due by 8/17/23

Post-Production costs are additional and will be at the discretion and expense of AMPAT.

Any additional expenses or fees require prior written approval by AMPAT.

**7. Invoices:** Invoices will be sent in correspondence with payment dates above.

**8. Relationship of Parties:** The parties to this Agreement are not joint venturers or partners, nor representatives of each other, and such parties have no legal relationship other than as contracting parties to this Agreement. AMPAT shall not act or represent or hold itself out as having authority to act as a partner of GOATS or in any way bind or commit the GOATS to any obligations, without the prior written consent of the GOATS.

**9. Waiver:** The failure of either party to enforce any provision of this Agreement shall not be construed as a waiver of any such provision, nor prevent such party thereafter from enforcing such provision or any other provision of the Agreement. The rights and remedies granted to both parties herein are cumulative and the election of one shall not constitute a waiver of such party's rights to assert all other legal remedies available under the circumstances.

**10. Termination:** This Agreement may be terminated (i) by either party upon breach by the other party of any of the material provisions of this Agreement, which breach remains uncured for thirty (30) days from the date of receipt of written notice from the non-breaching party to the other party specifying such breach; or (ii) by the mutual written agreement of the parties.

**11. Mutual Indemnification:** GOATS agrees to indemnify and hold AMPAT harmless from and against any and all costs, losses or expenses, including reasonable attorneys' fees, that AMPAT may incur by reason of any third-party

DS RJ DS

claim or suit arising out of or in connection with the GOAT's negligence, gross negligence, intentional misconduct or failure to perform pursuant to this Agreement, as well as the negligence, gross negligence, or intentional misconduct of GOATS, its employees, GOATS and representatives, contractors or subcontractors,including the employees and representatives of said contractors or subcontractors.

AMPAT agrees to indemnify and hold the GOATS harmless from and against any and all costs, losses or expenses, including reasonable attorneys' fees, that the GOATS may incur by reason of any third-party claim or suit arising out of or in connection with AMPAT's failure to perform pursuant to this Agreement, as well as the negligence, gross negligence, or intentional misconduct of AMPAT, its employees, AMPATs and representatives, contractors or subcontractors,including the employees and representatives of said contractors or subcontractors.

This Section shall survive the termination or expiration of this Agreement.

**12. Authority:** Each party hereto represents and warrants to the other that it has the authority to enter into this Agreement and that it is not a party to any other Agreement which prohibits itfrom entering into this Agreement or which renders any provision of this Agreement ineffective or unenforceable.

**13. Non-Circumvention**. The Parties agree that all third (3rd) parties introduced to GOATS by AMPAT represent significant efforts and working relationships that are unique to, and part of, the work product and AMPAT's long term business relationships. Therefore, without prior written consent GOATS agrees to refrain from conducting direct or indirect business dealings of any kind with any third (3rd) party so introduced.

**14. Governing Law and Forum:** This Agreement and any dispute arising under or relating to it directly or indirectly shall be governed and interpreted under Wyoming law, without giving effect to its conflict of law provisions.

**15. Notice:** Any notice by either party to the other under this Agreement shall be in writing and shall be addressed as set forth below, provided, however, that if either party shall have designated a different address by written notice to the other, then such notice shall be provided to the last address so designated. In the event that either party changes its mailing address, phone number, or fax number, such party shall provide the other party with five (5) day advance written notice of such change.



DS RJ DS

**16. Confidential Information:** AMPAT acknowledges that it and its employees, AMPATs or representatives may, in the course of performance of this Agreement, be exposed to or acquireinformation which is proprietary to or confidential to the GOATS, including, but not limited to donor lists and amounts donated, plans for upcoming events that have not yet been announced and other matters. Any and all information obtained by AMPAT or its officers, directors, employees, AMPATs and representatives in the performance of this Agreement which relates to the GOATS shall be deemed to be part of the GOAT's confidential and proprietary information for the purposes of this Agreement (the "Confidential Information"). AMPAT shall cause each of its officers, directors, employees, AMPATs and representatives to hold all Confidential Information disclosed to it by reason of this Agreement confidential and shall not disclose any such information to any other party. AMPAT agrees not to use Confidential Information for any purposes whatsoever other than for the provisions of services to the GOATS hereunder.

**17. Entire Agreement:** This Agreement supersedes any prior written or oral agreements between the parties regarding the subject matter hereof and constitutes the entire understanding and agreement between the parties with respect to the subject matter hereof, and there are no agreements, understandings, representations or warranties among the parties other than those set forth herein.



DS
RJ

DS

**GOATS ONLY LLC**
**ENTER ADDRESS**

DocuSigned by:
B4CF583A5E57414...

By:________________________________

Printed Name:

Title:

8/2/2023
Date:________________________________

**AMPAT Productions, LLC**
**2020 Carey Ave.**
**Suite 600**
**Cheyenne, WY 82001**

DocuSigned by:
Robert Jennings
3DCE78C3AA114F4...

By:__________________

Printed Name: Robert W. Jennings for AMPAT Productions, LLC

Title: Member

8/2/2023
Date:__________________