**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| ALLIED DEBT COLLECTION OF VIRGINIA, LLC, a Virginia Limited Liability Company, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. ___________________ |
| GOATS ONLY, LLC, a Wyoming Limited Liability Company, | ) | |
| Defendant. | ) | |

# RULE 7.1 STATEMENT

Pursuant to F.R.C.P. 7.1, the undersigned counsel of record for Allied Debt Collection of Virginia, LLC, a Virginia Limited Liability Company, a private (non-governmental) party, certifies that Allied Debt Collection of Virginia, LLC is owned by Rob Jennings who has sole ownership.

DATED this 6th day of March, 2025.

/s/ Jason M. Tangeman
Jason M. Tangeman, WSB 6-3082
NICHOLAS & TANGEMAN, LLC
170 North Fifth Street, P. O. Box 928
Laramie, WY 82073-0928
Phone: (307) 742-7140
Fax: (307) 742-7160
jtangeman@wyolegal.com
Attorneys for Plaintiff
Allied Debt Collection of Virginia, LLC