**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| ALLIED DEBT COLLECTION OF VIRGINIA, LLC, a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GOATS ONLY, LLC, a Wyoming Limited Liability Company,<br><br>Defendant. | Case No. 25-CV-00064-SWS |

# PLAINTIFF'S FIRST SUPPLEMEMT TO RULE 7.1 STATEMENT

Pursuant to F.R.C.P. 7.1, the undersigned counsel of record for Allied Debt Collection of Virginia, LLC, a Virginia Limited Liability Company, a private (non-governmental) party, certifies that Allied Debt Collection of Virginia, LLC's member is Rob Jennings who has sole ownership. Rob Jennings is a resident of Texas with an address of 4522 Mira Vista Drive, Frisco, Texas, 75034.

DATED this 20th day of March, 2025.

/s/ Jason M. Tangeman
Jason M. Tangeman, WSB 6-3082
NICHOLAS & TANGEMAN, LLC
170 North Fifth Street, P. O. Box 928
Laramie, WY 82073-0928
Phone: (307) 742-7140
Fax: (307) 742-7160
jtangeman@wyolegal.com
Attorneys for Plaintiff
Allied Debt Collection of Virginia, LLC